**GILMORE & MONAHAN, P.A.**
Ten Allen Street
P.O. Box 1540
Toms River, NJ 08754
(732) 240-6000

Thomas E. Monahan, Esq.
TEM - 4066
Attorneys for Defendants, Township of Lacey, John C. Parker, Individually and in his Capacity as Mayor of Lacey Township

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAMES K. LeTellier,** | : Civil Action No.: 02-2396 (GEB) |
| Plaintiff, | : |
| v. | : **ORDER OF DISMISSAL WITH PREJUDICE** |
| **TOWNSHIP OF LACEY, JOHN C. PARKER, INDIVIDUALLY AND IN HIS CAPACITY AS MAYOR OF LACEY TOWNSHIP,** | : |
| Defendants. | : |

RECEIVED
MAR 11 2004
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**THIS MATTER** having been settled and amicably adjusted by and between the parties;

IT IS ON THIS 10th day of MARCH, 2004,

**ORDERED** that the same is hereby dismissed with prejudice and without cost against either party.

_____
U.S.D.J.

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

I hereby consent to the form and entry of the within Order:

| | |
|---|---|
| **GILMORE & MONAHAN, P.A.** | **ATTORNEYS HARTMAN, CHARTERED** |
| Attorney for **Defendant(s)** | Attorney for **Plaintiff(s)** |
| _____ | _____ |
| **THOMAS E. MONAHAN** | **KATHERINE D. HARTMAN** |
| For the Firm | For the Firm |

Dated: January 9, 2004

TEM:lt
File #2795-40

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754